UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EMPLOYERS AND OPERATING ENGINEERS
LOCAL 520 PENSION FUND, *et al.*,

      Plaintiffs,

          v.

A&A HAULING, INC.,

      Defendant.

Case No. 14-cv-72-JPG-SCW

## MEMORANDUM AND ORDER

      This matter comes before the Court on the plaintiffs' motion for summary judgment (Doc. 7), which was filed on March 21, 2014.   Pursuant to Local Rule 7.1(c), defendant A&A Hauling, Inc.'s response was due 30 days after the motion to dismiss was filed, but 30 days have passed and A&A has not responded.   The Court may, it its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion.   Local Rule 7.1(c).   The Court hereby **ORDERS** A&A to **SHOW CAUSE** on or before July 25, 2014, why the Court should not construe its failure to timely respond to the motion for summary judgment as an admission of the merits of the motion and grant summary judgment for the plaintiffs.

**IT IS SO ORDERED.**
**DATED: July 2, 2014**

s/J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**