UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 PENSION FUND, an employee benefit plan, and RONALD S. KAEMPFE, EUGENE KEELEY, PETE KORTE, MARK JOHNSON, MICHAEL PARKINSON, and ROBERT K. GERMANN, in their representative capacities as Trustees of the Employers and Operating Engineers Local 520 Pension Fund, and EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 HEALTH AND WELFARE FUND, and RONALD S. KAEMPFE, EUGENE KEELEY, MARK JOHNSON, PETE KORTE, MICHAEL PARKINSON, and ROBERT K. GERMANN, in their representative capacities as Trustees of the Employers and Operating Engineers Local 520 Health and Welfare Fund, and OPERATING ENGINEERS LOCAL 520 JOINT APPRENTICESHIP AND TRAINING FUND, and EUGENE KEELEY, MICHAEL LUHR, MICHAEL PARKINSON, MARK JOHNSON, RONALD S. KAEMPFE and GARY THIEMS in their representative capacities as Trustees of the Operating Engineers Local 520 Joint Apprenticeship and Training Fund, and EMPLOYERS AND OPERATING ENGINEERS LOCAL 520 VACATION FUND, and CHARLES MAHONEY, TIM KEELEY, RONALD S. KAEMPFE, DAVID BAXMEYER, TERRY MACZURA and MARK JOHNSON, in their representative capacities as Trustees of the Employers and Operating Engineers Local 520 Vacation Fund, and OPERATING ENGINEERS LOCAL 520 ANNUITY TRUST FUND, and MARK JOHNSON, HENRY ROHWEDDER, MICHAEL PARKINSON, KENNETH J. KILIAN, KEN TOENNIES, and RONALD S. KAEMPFE, in their representative capacities as Trustees of the Operating Engineers Local 520 Annuity Trust Fund,<br><br>            Plaintiffs,<br><br>        v.<br><br>A&A HAULING, INC.,<br><br>            Defendant. | Case No. 14-cv-72-JPG-SCW |

**CONSENT JUDGMENT**

Pursuant to the parties' stipulation for entry of consent judgment, it is hereby ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiffs and against the defendant in the amount of $12,536.99, without costs.  Pursuant to the parties' agreement, execution on this judgment is stayed so long as the defendant makes payment pursuant to the following schedule:

1. $2,000.00 on or before October 15, 2014;

2. $2,000.00 on or before November 15, 2014;

3. $2,000.00 on or before December 15, 2014;

4. $2,000.00 on or before January 15, 2015;

5. $2,000.00 on or before February 15, 2015;

6. $2,000.00 on or before March 15, 2015; and

7. $536.99 on or before April 15, 2015.

**IT IS SO ORDERED.**
**DATED:   November 25, 2014**

                                              s/J. Phil Gilbert
                                              **J. PHIL GILBERT**
                                              **DISTRICT JUDGE**